**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CARMEN PANIAGUA,

                Plaintiff,                      21 **CIVIL** 10100 (JCM)

      -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 17, 2023, Plaintiff's motion for judgment

on the pleadings is granted in part and denied in part, the Commissioner's cross-motion is denied,

and the case is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings consistent with the Opinion and Order; accordingly, the case is

closed.

**Dated:**  New York, New York
        February 21, 2023

                                     **RUBY J. KRAJICK**

                                   _____
                                        **Clerk of Court**

         **BY:**            K. mango

                                       _____
                                       **Deputy Clerk**